# IN THE SUPREME COURT OF THE STATE OF NEVADA

MHC FLAMINGO WEST, LLC,
INDIVIDUALLY AND D/B/A
FLAMINGO WEST, A FOREIGN
LIMITED-LIABILITY COMPANY;
REALTY SYSTEMS, INC., A FOREIGN
CORPORATION; MHC OPERATING
LIMITED PARTNERSHIP, A FOREIGN
LIMITED PARTNERSHIP; EQUITY
LIFESTYLE PROPERTIES, INC., A
FOREIGN CORPORATION; AND AK
DAVIES MOBILE HOME SERVICES,
INC., A NEVADA CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
ELOISA BALOIS AQUI,
Real Party in Interest.

No. 77970

**FILED**

FEB 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting a motion to compel arbitration.

Having considered the petition and supporting documents, we are not persuaded that petitioners have demonstrated that the order compelling arbitration qualifies for mandamus review. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674,

677, 818 P.2d 849, 851 (1991) (recognizing that the decision to entertain a petition for a writ of mandamus "is purely discretionary with this court"); *see Tallman v. Eighth Judicial Dist. Court*, 131 Nev. 713, 719, 724, 359 P.3d 113, 117-18, 122 (2015) (observing that a party seeking mandamus review of an order compelling arbitration still must show why an eventual appeal does not provide an adequate and speedy remedy "and that the matter meets the other criteria for extraordinary writ relief, i.e., that mandamus is needed 'to compel the performance of an act that the law requires or to control a manifest abuse of discretion' by the district court" (quoting *State ex rel. Masto v. Second Judicial Dist. Court*, 125 Nev. 37, 43-44, 199 P.3d 828, 832 (2009)). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:     Hon. Kenneth C. Cory, District Judge
        Litchfield Cavo LLP
        The702Firm
        Eighth District Court Clerk